UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CLINICAL LABORATORY ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 17-2645 (ABJ) |
| ALEX M. AZAR, II<br>*Secretary, United States Department of Health and Human Services*, | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is ORDERED that this matter is DISMISSED for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff's motion for summary judgment [Dkt. # 13] is DENIED, and defendant's motion for summary judgment on the merits is [Dkt. # 27] as DENIED AS MOOT.

This is a final appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE: September 21, 2018